IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| C. DENNIS CAUSEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 7:19CV336 |
| | ) |
| ANTHEM HEALTH PLANS | ) |
| OF VIRGINIA, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER SEALING THE ADMINISTRATIVE RECORD**

CAME THIS DAY, Defendant Anthem Health Plans of Virginia, Inc. ("Defendant"), upon their Motion to Seal the Administrative Record.

WHEREAS, the Clerk of the District Court has published and implemented the Administrative Procedures for Electronic Case Filing (the "Administrative Procedures");

WHEREAS, the Local Rules of this Court and the Administrative Procedures require, pursuant to the policy of the Judicial Conference of the United States and the E-Government Act of 2002, Pub. L. No. 107-347, filing parties to omit or, where inclusion is necessary, partially redact from all pleadings, documents, and exhibits filed with the Court, whether electronically or on paper, certain personal identifiers, including: (1) minors' names, (2) financial account numbers, (3) Social Security numbers, and (4) dates of birth;

WHEREAS, the Administrative Procedures also state that the filing party should "exercise caution" when pleadings, documents, and exhibits, whether filed electronically or on paper, contain the following confidential information: (1) personal identifying numbers, such as a driver's license number, (2) medical records, including documents pertaining to treatment and

diagnosis, (3) employment history information, (4) individual financial information, and (5) proprietary or trade secret information;

WHEREAS, the Administrative Procedures provide that, pursuant to the E-Government Act of 2002, a party may file under seal an unredacted document containing the personal identifiers described above;

WHEREAS, the administrative record contains personal data identifiers and other confidential information, including medical records and employment information;

WHEREAS, the personal data identifiers and other confidential information contained in the administrative record, particularly the medical records and employment information, are essential to the Court's review of this case involving Plaintiff's claim for benefits and cannot be feasibly redacted from the record;

WHEREAS, good cause has been shown to allow the administrative record to be filed under seal;

It is hereby ORDERED that the administrative record shall be filed UNDER SEAL.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

Entered: August 14, 2019

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge